UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHELLE WILLIAMS,

                Plaintiff,

v.

CITY OF ELIZABETH, et al.,

                Defendants.

Civ. No. 08-5113 (DRD)

**O R D E R**

      This matter, having come before the Court on the motions for summary judgment, pursuant to Federal Rule of Civil Procedure 56, filed by Officer Rodney Dorilus and Officer Johanna Rivera, on Counts Two, Three, Four, and Five of the Amended Complaint; and the motions to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), filed by Dorilus, Rivera, and the City of Elizabeth, to dismiss Count Five on jurisdictional grounds; and the Court having considered the submissions and oral arguments of the parties; and for the reasons set forth in the opinion of even date,

      IT IS on this 9th day of September 2010, hereby ORDERED that

           (1)    Dorilus and Rivera's motions for summary judgment are granted in their entirety; accordingly, all the claims against Dorilus and Rivera are dismissed.

2

   (2) In light of the disposition of the claims against Dorilus and Rivera on the merits, the Court will not reach Dorilus and Rivera's motions to dismiss Count Five.  Dorilus and Rivera's motions to dismiss Count Five are denied as moot.

   (3) The City of Elizabeth's motion to dismiss Count Five is denied.


        _____s/ Dickinson R. Debevoise_____
        DICKINSON R. DEBEVOISE, U.S.S.D.J.