# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MICHELLE WILLIAMS                         )
                                        )     Civil Action No. 08-5113 (DRD)
             Plaintiff,       )
                v.          )     DEPOSITION NOTICE
                                           )
CITY OF ELIZABETH, POLICE OFFICER)
RIVERA, POLICE OFFICER DORILUS   )
                                           )
                Defendants.       )

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above captioned matter, Michelle Williams, hereby appeal pursuant to Federal Rule of Appellate Procedure 4(a)(1) to the United States of Appeals for the Third Circuit from an Order deemed final under the Collateral Order Doctrine entered in this action on September 09, 2010 granting the Motions for Summary Judgment, and Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), of Defendant Officer Dorilus and Defendant Officer Rivera on Counts Two, Three, Four and Five of Plaintiffs Amended Complaint, and all other Orders, Rulings and Opinions subsumed therein.

Respectfully submitted,

/s/ Fincourt B. Shelton

Fincourt B. Shelton, Esquire
Lionel Sharpless, Esquire
Attorneys for Plaintiff Michelle Williams
504 Main Street
Darby, PA 19023
(610) 532-5550

Dated: September 20, 2010

# CERTIFICATE OF SERVICE

I, Fincourt B Shelton, certify that on September 20, 2010, a true and correct copy of the foregoing Plaintiffs' Notice of Appeal to be served upon the following by United States first-class mail, postage pre-paid as follows:

The Honorable Dickinson R. Debevoise
United States District Judge
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
Court Room, MLK 5B
50 Walnut Street
Newark, NJ 07101

Felice T. Londa, Esquire
Law Offices of Londa & Londa
277 North Broad Street
Elizabeth, NJ 07208

Daniel Antonelli, Esquire
2004 Morris Avenue, Suite 5
Union, NJ 07083

Robert F. Varady, Esquire
LaCorte, Bundy, Varady & Kinsella
989 Bonnel Court
Union, NJ 07083

/S/ Fincourt B. Shelton
_____
Fincourt B Shelton, Esquire