UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHELLE WILLIAMS,

            Plaintiff,

v.

CITY OF ELIZABETH, et al.,

            Defendants.

Civ. No. 08-5113 (DRD)

**O R D E R**

This matter having come before the Court on the Defendant City of Elizabeth's Motion for Summary Judgment and Plaintiff's Cross-Motion for a Continuance pursuant to Rule 56(d); and the Court having considered the submissions of the parties; and for the reasons set forth in the Opinion of even date;

IT IS on this 10th day of December, 2010, hereby ORDERED as follows:

(1) Defendant's Motion for Summary Judgment is granted and Plaintiff's Amended Complaint is dismissed with prejudice;

(2) Plaintiff's Cross-Motion for a Continuance pursuant to Rule 56(d) is denied.

                                              s/ Dickinson R. Debevoise
                                              DICKINSON R. DEBEVOISE, U.S.S.D.J.